A091 (Rev. 8/01) Criminal Complaint

Clerk, U.S. District Court
Southern District of Texas
FILED

JUN 23 2015

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
**Christian Aguilar-Hernandez**

**CRIMINAL COMPLAINT**

Case Number: C-15-794m

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 21, 2015** in **Brooks** County, in the Southern District of Texas defendant, **Christian Aguilar-Hernandez** a native and citizen of Mexico, and an alien who had been previously deported from the United States, was found unlawfully within the United States in **Brooks** County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On June 21, 2015 at approximately 11:30 p.m., Christian Aguilar-Hernandez was encountered in the brush by Border Patrol Agents near Falfurrias, Texas. Agents determined Aguilar to be a citizen and national of Mexico without any immigration documents to be or remain in the United States legally. Record checks revealed Aguilar had been ordered removed from the United States by an Immigration Judge on January 24, 2008 in Houston, Texas and was physically removed from the United States to Mexico on January 29, 2008 via Brownsville, Texas. Record checks further revealed Aguilar had been convicted with Indecency with a Child Sexual Contact and was sentenced to 5 years confinement. Record checks also revealed Aguilar had a prior conviction for Illegal Re-Entry and was sentenced to 57 months in prison. Aguilar stated that his last entry into the United States was on May 22, 2015 near Roma, Texas. At this time there is no evidence to indicate Aguilar has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to AUSA Michael Hess who accepted prosecution for 8 USC 1326, Re-entry after Deportation.

Signature of Complainant

**Carlos E. Rodriguez**
Printed Name of Complainant

Sworn to before me and signed in my presence,
and probable cause found on:

**June 23, 2015**            at            **Corpus Christi, Texas**
Date                                          City and State

**Jason B. Libby U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer